■ TERRY J. FYOCK, Respondent, v RUDOLPH R. REBL, Respondent, and COUNTY OF ERIE, Appellant. (Appeal No. 2.) [684 NYS2d 450] —Appeal unanimously dismissed without costs (*see, Smith v Catholic Med. Ctr.*, 155 AD2d 435; *see also,* CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Erie

County, Flaherty, J.—Set Aside Verdict.) Present—Denman, P. J., Hayes, Balio, Boehm and Fallon, JJ.